IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09cv435

| | | |
|---|---|---|
| BANK OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| THOMPSON M. LYKES, individually; | ) | |
| and THOMPSON M. LYKES as Trustee | ) | |
| of the Thompson M. Lykes Revocable | ) | |
| Trust under Trust Agreement dated | ) | |
| March 21, 2002, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the joint Motion to Stay Deadlines in Pretrial Order and Case Management Plan. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Stay Deadlines in Pretrial Order and Case Management Plan (#15) is **GRANTED,** and the deadlines contained in the Pretrial Order are **STAYED** up to and inclusive of January 15, 2011.

1

Signed: August 20, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge